UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RAYNALDO RAY QUIROGA,

      Petitioner,

v.                        Case No.:  2:22-cv-665-SPC-NPM

UNITED STATES OF AMERICA,

      Respondent.
_____/

## <u>OPINION AND ORDER</u>

Before the Court is Petitioner Raynaldo Ray Quiroga's Motion for Relief from Judgment or Order (Doc. 24).  The Court denied Quiroga's Motion to Vacate, Set Aside, or Correct Sentence and denied Quiroga a certificate of appealability.  (Docs. 16 and 22).  The Eleventh Circuit affirmed, finding that no reasonable jurist would debate the Court's denial of Quiroga's claims.  (Doc. 25).  Thus, Quiroga's argument that the Court erred by denying his claims is meritless. Accordingly, Quiroga's Motion (Doc. 24) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida on December 12, 2023.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties of Record